

UNITED STATES of America,
Appellee,

v.

Danny Bruce McINTURFF, Appellant.

No. 71-1210.

United States Court of Appeals,
Ninth Circuit.

June 17, 1971.

Henry P. Opendack, Seattle, Wash., for appellant.

Richard K. Burke, U. S. Atty., James M. Wilkes, Asst. U. S. Atty., Tucson, Ariz., for appellee.

Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.

The judgment is affirmed. United States v. Johnston, 440 F.2d 389 (9th Cir. 1971).

UNITED STATES of America,
Appellee,

v.

Gustavo ORELLANA, Appellant.

No. 973, Docket 35632.

United States Court of Appeals,
Second Circuit.

Argued June 3, 1971.

Decided June 3, 1971.

Phylis Skloot Bamberger, New York City (Robert Kasanof, The Legal Aid Society, New York City, of counsel), for appellant.

Daniel J. Dillon, Asst. U. S. Atty. (Edward R. Neaher, U. S. Atty., for Eastern District of New York, David G. Trager, Asst. U. S. Atty., of counsel), for appellee.

Before CLARK, Associate Justice,* and SMITH and HAYS, Circuit Judges.

PER CURIAM.

We affirmed in open court the conviction of appellant in the United States District Court for the Eastern District of New York, Leo F. Rayfiel, Judge.

UNITED STATES of America,
Appellee,

v.

Juan MATOS, a/k/a "Tony," Appellant.

No. 978, Docket 71-1152.

United States Court of Appeals,
Second Circuit.

Argued June 4, 1971.

Decided June 4, 1971.

F. Mac Buckley, Asst. U. S. Atty. (Stewart H. Jones, U. S. Atty., for District of Connecticut, of counsel), for appellee.

M. Donald Cardwell, Hartford, Conn. (James N. Egan, Hartford, Conn., of counsel), for appellant.

Before CLARK, Associate Justice,* and SMITH and ANDERSON, Circuit Judges.

* Sitting by designation.